UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVEY, ROBERT E | § | Case No. 11-48156 BDL |
| DAVEY, JOAN L. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Terrence J. Donahue, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 307,935.00          Assets Exempt: 53,125.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 13,562.95     Claims Discharged
                                                 Without Payment: 60,092.59

Total Expenses of Administration: 9,437.05

3) Total gross receipts of $ 23,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 316,805.00 | $ 2,356.66 | $ 2,356.66 | $ 2,356.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,437.05 | 9,437.05 | 9,437.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,666.00 | 56,930.22 | 56,018.88 | 11,206.29 |
| **TOTAL DISBURSEMENTS** | $ 388,471.00 | $ 68,723.93 | $ 67,812.59 | $ 23,000.00 |

4) This case was originally filed under chapter 7 on 10/17/2011 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2015       By: /s/Terrence J. Donahue
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 15,000.00 |
| 1969 PONTIAC, FAIR CONDITION (VALUE IS BASED UPON | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boeing Employees Credit Union Po Box 97050 Seattle, WA 98124 | | 8,290.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Homestreet Bank 2000 Two Union Square Seattle, WA 98101 | | 164,398.00 | NA | NA | 0.00 |
| | Les Schwab Tire Center Po Box 5350 Bend, OR 97708 | | 100.00 | NA | NA | 0.00 |
| | US Bank Home Mortgage 101 5th St E Ste A Saint Paul, MN 55101 | | 128,081.00 | NA | NA | 0.00 |
| | Worldmark Timeshare 9805 Willows Road Redmond, WA 98052 | | 15,936.00 | NA | NA | 0.00 |
| | DESERT AIRE HOMEOWNERS ASSOC. | 4120-000 | NA | 2,356.66 | 2,356.66 | 2,356.66 |
| **TOTAL SECURED CLAIMS** | | | **$ 316,805.00** | **$ 2,356.66** | **$ 2,356.66** | **$ 2,356.66** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TERRENCE J. DONAHUE | 2100-000 | NA | 3,050.00 | 3,050.00 | 3,050.00 |
| TERRENCE J. DONAHUE | 2200-000 | NA | 98.59 | 98.59 | 98.59 |
| Reimbursement of Filing Fee | 2500-000 | NA | 176.00 | 176.00 | 176.00 |
| STEWART TITLE OF KITTITAS COUNTY | 2500-000 | NA | 669.25 | 669.25 | 669.25 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | 2600-000 | NA | 526.11 | 526.11 | 526.11 |
| Assessments 1/26/2015 to 7/1/2015 | 2820-000 | NA | -192.33 | -192.33 | -192.33 |
| GRANT COUNTY TREASURER | 2820-000 | NA | 1,500.42 | 1,500.42 | 1,500.42 |
| KITTITAS COUNTY | 2820-000 | NA | 24.26 | 24.26 | 24.26 |
| EISENHOWER CARLSON PLLC | 3110-000 | NA | 1,058.50 | 1,058.50 | 1,058.50 |
| DWYER, PEMBERTON & COULSON, PC | 3410-000 | NA | 1,326.25 | 1,326.25 | 1,326.25 |
| SCOTT, JOHN L. | 3510-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,437.05 | $ 9,437.05 | $ 9,437.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jo Ann Davey;c/o Harry M. Reichenberg;202 South 348th St.;Federal Way, WA 98003 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boeing Employees C U P O Box 97050-Dir Of Ln Seattle, WA 98124 | | 13,739.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 519.00 | NA | NA | 0.00 |
| | Leisure Time Resorts Thousand Trails PO Box 78843 Phoenix, AZ 85062 | | 1,022.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 10,443.00 | 10,443.52 | 10,443.52 | 2,089.17 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 1,427.00 | 1,607.07 | 1,607.07 | 321.49 |
| 000008 | BECU | 7100-000 | NA | 19.94 | 19.94 | 3.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | BECU | 7100-000 | 6,237.00 | 6,658.85 | 6,658.85 | 1,332.07 |
| 000010 | BECU | 7100-000 | 4,772.00 | 4,859.33 | 4,859.33 | 972.08 |
| 000001 | CHASE BANK USA, N.A. | 7100-000 | 6,002.00 | 6,002.49 | 6,002.49 | 1,200.77 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | 12,882.00 | 12,917.99 | 12,917.99 | 2,584.18 |
| 000003 | CHASE BANK USA, N.A. | 7100-000 | 1,750.00 | 1,785.11 | 1,785.11 | 357.10 |
| 000006 | FIA CARD SERVICES, N.A. | 7100-000 | 5,741.00 | 5,741.28 | 5,741.28 | 1,148.51 |
| 000007 | MIDLAND FUNDING LLC | 7100-000 | 4,683.00 | 4,583.30 | 4,583.30 | 916.87 |
| 000011 | UNITED CONSUMER FINANCIAL SERVICES | 7100-000 | 2,449.00 | 1,400.00 | 1,400.00 | 280.06 |
| 000012 | DESERT AIRE OWNERS ASSOCIATION | 7200-000 | NA | 539.46 | 0.00 | 0.00 |
| 000013 | DESERT AIRE OWNERS ASSOCIATION | 7200-000 | NA | 371.88 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 71,666.00 | $ 56,930.22 | $ 56,018.88 | $ 11,206.29 |

Case No: 11-48156  BDL  Judge: Brian D. Lynch  
Case Name: DAVEY, ROBERT E  
DAVEY, JOAN L.  
For Period Ending: 07/14/15

Trustee Name: Terrence J. Donahue  
Date Filed (f) or Converted (c): 10/17/11 (f)  
341(a) Meeting Date: 11/22/11  
Claims Bar Date: 07/05/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 20313 108TH STREET COURT EAST BONNEY LAKE, WA 9839 | 286,400.00 | 0.00 | | 0.00 | FA |
| 2. VACANT LOT (#60) LOCATED IN MATTAWA, WA (VALUE IS | 16,500.00 | 9,265.74 | | 15,000.00 | FA |
| 3. TIMESHARE IN CABO | Unknown | 0.00 | | 0.00 | FA |
| 4. TIMESHARE WITH WORLDMARK | Unknown | 0.00 | | 0.00 | FA |
| 5. CHECKING WITH US BANK | 5.00 | 0.00 | | 0.00 | FA |
| 6. SAVINGS WITH US BANK | 5.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. MISC. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RINGS AND MISC. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 10. 1 MINX COAT AND 1 FOX COAT | 50.00 | 0.00 | | 0.00 | FA |
| 11. 1 PISTOL AND 1 SHOTGUN | 125.00 | 0.00 | | 0.00 | FA |
| 12. BOEING 401(K) WITH AMERICAN FUNDS | 19,000.00 | 0.00 | | 0.00 | FA |
| 13. BOEING RETIREMENT RECEIVED MONTHLY | 0.00 | 0.00 | | 0.00 | FA |
| 14. BOEING RETIREMENT RECEIVED MONTHLY | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2006 NISSAN ROADSTER 350 25,000 MILES | 18,150.00 | 0.00 | | 0.00 | FA |
| 16. 1990 CHEVY PICKUP 150,000 MILES | 200.00 | 0.00 | | 0.00 | FA |
| 17. 1994 CADILLAC ELDORADO 140,000 MILES | 1,050.00 | 0.00 | | 0.00 | FA |
| 18. 2008 NISSAN ROUGH SUV 54,000 MILES | 11,775.00 | 0.00 | | 0.00 | FA |
| 19. 1969 PONTIAC, FAIR CONDITION (VALUE IS BASED UPON | 21,000.00 | 8,000.00 | OA | 8,000.00 | FA |
| 20. 3 DOGS | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values): $377,560.00 | $17,265.74 | | $23,000.00 | Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 8)

Ver: 18.05

| | | | |
|---|---|---|---|
| Case No: | 11-48156   BDL   Judge: Brian D. Lynch | Trustee Name: | Terrence J. Donahue |
| Case Name: | DAVEY, ROBERT E | Date Filed (f) or Converted (c): | 10/17/11 (f) |
| | DAVEY, JOAN L. | 341(a) Meeting Date: | 11/22/11 |
| | | Claims Bar Date: | 07/05/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/13/14 Trustee is depending on his real estate broker in the area to let us know when the price needs to be reduced
etc.  The area is a bit depressed as far as real estate goes.  Trustee will also look into auction possibilities to see
if that is a viable choice.

June 27, 2014, 09:57 am Trustee still has property listed in Mattawa, WA.  Realtor just extended the listing.  There
have been no offers to date.
July 17, 2013, 03:42 pm Trustee has funds from an under exempt vehicle, however, Trustee has property listed for sale in
Mattawa, WA.  There have been no offers submitted to date.

August 01, 2012, 01:20 pm Trustee has received funds from an under exempt vehicle.  Order of compromise is Docket No.
34.  Trustee also has a piece of real estate for sale in Mattawa.  Currently, there are no pending offers.
April 09, 2012, 10:47 am There is real estate in Mattawa, WA.  Preparing to employ realtor and sell the property.  No
debt and no exemptions.

RE PROP# 2---This propety is listed for sale by Windermere.
RE PROP# 8---debtors did not exempt which is surely inadvertent.
RE PROP# 19---Notice, motion and order --Docket Nos. 30 and 34.  Report of sale Docket No. 44.
   Trustee and debtors compromised on non-exempt equity in vehicle.


Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 06/30/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-48156 -BDL | | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|---|
| Case Name: | DAVEY, ROBERT E | | Bank Name: | Union Bank |
| | DAVEY, JOAN L. | | Account Number / CD #: | *******3349 Checking Account |
| Taxpayer ID No: | *******9164 | | | |
| For Period Ending: | 07/14/15 | | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/12 | 19 | U.S. Bank Cashier's Check from Robert Davey, Debtor | Non-exempt equity in motor vehicle | 1129-000 | 8,000.00 | | 8,000.00 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 14.75 | 7,985.25 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 7,968.04 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 7,950.83 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 7,933.62 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 7,916.41 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,901.41 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,886.41 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,871.41 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,856.41 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,841.41 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,826.41 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,811.41 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,796.41 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,781.41 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,766.41 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,751.41 |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,736.41 |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,721.41 |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,706.41 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,691.41 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,676.41 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,661.41 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,646.41 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,631.41 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,616.41 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,601.41 |

Page Subtotals 8,000.00 398.59

Ver: 18.05

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-48156 -BDL | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|
| Case Name: | DAVEY, ROBERT E | Bank Name: | Union Bank |
|  | DAVEY, JOAN L. | Account Number / CD #: | *******3349  Checking Account |
| Taxpayer ID No: | *******9164 |  |  |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $ 76,101,573.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/25/14 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,586.41 |
| 09/25/14 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,571.41 |
| 10/27/14 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,556.41 |
| 11/25/14 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,541.41 |
| 12/26/14 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,526.41 |
| 01/26/15 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,511.41 |
| 01/28/15 | 2 | Stewart Title of Kittitas County | Real Property Sale Proceeds |  | 9,265.74 |  | 16,777.15 |
|  |  | STEWART TITLE OF KITTITAS | Memo Amount:      15,000.00    Sale Proceeds | 1110-000 |  |  |  |
|  |  | KITTITAS COUNTY | Memo Amount:   (       24.26 )   County Taxes | 2820-000 |  |  |  |
|  |  |  | Memo Amount:   (      176.00 )   Reimbursement of Filing Fee | 2500-000 |  |  |  |
|  |  | SCOTT, JOHN L. | Memo Amount:   (    1,200.00 )   Realtor Commission | 3510-000 |  |  |  |
|  |  | STEWART TITLE OF KITTITAS COUNTY | Memo Amount:   (      291.60 )   settlement or closing fee | 2500-000 |  |  |  |
|  |  | STEWART TITLE OF KITTITAS COUNTY | Memo Amount:   (      377.65 )   Owner's Title Insurance | 2500-000 |  |  |  |
|  |  | GRANT COUNTY TREASURER | Memo Amount:   (      272.00 )   City/County tax/stamps Deed | 2820-000 |  |  |  |
|  |  | DESERT AIRE HOMEOWNERS ASSOC. | Memo Amount:   (    2,356.66 )   Homeowner's Association Dues | 4120-000 |  |  |  |
|  |  | GRANT COUNTY TREASURER | Memo Amount:   (    1,228.42 )   2012 to 2014 Real EstateTaxes | 2820-000 |  |  |  |
|  |  |  | Memo Amount:         192.33     Assessments 1/26/2015 to 7/1/2015 | 2820-000 |  |  |  |
| 02/25/15 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 16,762.15 |
| 03/25/15 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 22.52 | 16,739.63 |

Page Subtotals            9,265.74            127.52

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-48156 -BDL | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|
| Case Name: | DAVEY, ROBERT E | Bank Name: | Union Bank |
| | DAVEY, JOAN L. | Account Number / CD #: | *******3349 Checking Account |
| Taxpayer ID No: | *******9164 | | |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/26/15 | 003001 | Terrence J. Donahue<br>Chapter 7 Trustee<br>1201 Pacific Ave., Ste. 1200<br>Tacoma, WA 98402 | Chapter 7 Compensation/Fees<br>10304/1 | 2100-000 | | 3,050.00 | 13,689.63 |
| 05/26/15 | 003002 | Terrence J. Donahue<br>Chapter 7 Trustee<br>1201 Pacific Ave., Ste. 1200<br>Tacoma, WA 98402 | Chapter 7 Expenses<br>10304/1 | 2200-000 | | 98.59 | 13,591.04 |
| 05/26/15 | 003003 | Dwyer, Pemberton & Coulson, PC<br>1940 East D Street, Ste. 200<br>P.O. Box 1614<br>Tacoma, WA 98401 | Claim ADMIN, Payment 100.00000%<br>Accountant for Trustee<br>[Other Firm] | 3410-000 | | 1,326.25 | 12,264.79 |
| 05/26/15 | 003004 | Eisenhower Carlson PLLC<br>1201 Pacific Avenue, Ste. 1200<br>Tacoma, WA 98402 | Claim ADMIN, Payment 100.00000%<br>10304/182 Fees | 3110-000 | | 1,058.50 | 11,206.29 |
| 05/26/15 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 20.00453%<br>Account No. 3817 | 7100-000 | | 1,200.77 | 10,005.52 |
| 05/26/15 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 20.00451%<br>Account No. 4974 | 7100-000 | | 2,584.18 | 7,421.34 |
| 05/26/15 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 20.00437%<br>Account No. 6768 | 7100-000 | | 357.10 | 7,064.24 |
| 05/26/15 | 003008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 20.00446%<br>Account No. 1005/6233 | 7100-000 | | 2,089.17 | 4,975.07 |
| 05/26/15 | 003009 | American Express Bank, FSB<br>c o Becket and Lee LLP | Claim 000005, Payment 20.00473%<br>Account No. 1005/4663 | 7100-000 | | 321.49 | 4,653.58 |
| | | | Page Subtotals | | 0.00 | 12,086.05 | |

Ver: 18.05

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-48156 -BDL | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|
| Case Name: | DAVEY, ROBERT E / DAVEY, JOAN L. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******3349 Checking Account |
| Taxpayer ID No: | *******9164 | | |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/26/15 | 003010 | FIA CARD SERVICES, N.A. POB 3001 Malvern, PA 19355-0701 PO Box 15102 Wilmington, DE 19886-5102 | Claim 000006, Payment 20.00442% Account No. 8866/0144 | 7100-000 | | 1,148.51 | 3,505.07 |
| 05/26/15 | 003011 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000007, Payment 20.00458% Account No. 6203 | 7100-000 | | 916.87 | 2,588.20 |
| 05/26/15 | 003012 | United States Bankruptcy Court Clerk 1717 Pacific Avenue, Ste. 2100 Tacoma, WA 98402 | Claim 000008, Payment 20.01003% BECU PO Box 97050 Seattle, WA 98124-9750 Account No. 209259/4778 | 7100-000 | | 3.99 | 2,584.21 |
| 05/26/15 | 003013 | BECU PO Box 97050 Seattle, WA 98124-9750 | Claim 000009, Payment 20.00451% Account No. 207817/2445 | 7100-000 | | 1,332.07 | 1,252.14 |
| 05/26/15 | 003014 | BECU PO Box 97050 Seattle, WA 98124-9750 | Claim 000010, Payment 20.00440% Account No. 208116/1819 | 7100-000 | | 972.08 | 280.06 |
| 05/26/15 | 003015 | United Consumer Financial Services Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Claim 000011, Payment 20.00429% Account No. 6287 | 7100-000 | | 280.06 | 0.00 |

Page Subtotals 0.00 4,653.58

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-48156 -BDL | | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|---|
| Case Name: | DAVEY, ROBERT E | | Bank Name: | Union Bank |
| | DAVEY, JOAN L. | | Account Number / CD #: | *******3349 Checking Account |
| Taxpayer ID No: | *******9164 | | | |
| For Period Ending: | 07/14/15 | | Blanket Bond (per case limit): | $ 76,101,573.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 15,192.33 | COLUMN TOTALS | | 17,265.74 | 17,265.74 | 0.00 |
| | Memo Allocation Disbursements: | 5,926.59 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,265.74 | 17,265.74 | |
| | Memo Allocation Net: | 9,265.74 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,265.74 | 17,265.74 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 15,192.33 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 5,926.59 | Checking Account - *******3349 | | 17,265.74 | 17,265.74 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 9,265.74 | | | 17,265.74 | 17,265.74 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.05

LFORM24